UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN GOLDEN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JOHN MARSHALL, et al.,<br><br>　　　　Defendants. | No. CV 11-9342-GAF (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. Plaintiff has not filed any Objections to the Report. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that Defendants' motion to dismiss the complaint is granted and Judgment be entered dismissing this action without prejudice.

DATED:　December 20, 2012　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　GARY A. FEESS
　　　　　　　　　　　　　　　　　　United States District Judge