UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN GOLDEN,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN MARSHALL, et al.,<br><br>    Defendants. | No. CV 11-9342-GAF (AGR)<br><br>JUDGMENT |

    Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

    IT IS ADJUDGED that Defendants' motion to dismiss the complaint is granted and this action is dismissed without prejudice.

DATED: December 20, 2012

_____
GARY A. FEESS
United States District Judge